## Case No. 9,244.

### MASON v. MASI.

[5 Cranch, C. C. 397.] [1]

Circuit Court, District of Columbia. March Term, 1838.

WITNESS—COMPETENCY—INDORSER.

An indorser of a promissory note is a competent witness for the defendant in an action by the indorsee against the maker.

[See Bank of Alexandria v. Clarke, Case No. 844.]

[This was an action at law by Milo Mason's administrator against Seraphim Masi.]

Assumpsit, upon the defendant's promissory note to Nicholas Harper, and by him indorsed to the plaintiff's intestate.

Mr. Morfit, for defendant, offered the indorser, Nicholas Harper, as a witness to prove payment by the defendant; and cited White v. Kibling, 11 Johns. 128; Cooper v. Davies, 1 Esp. 463; Charrington v. Milner, Peake, 8, and Starkie, Ev. pt. 4, p. 300.

THE COURT (THRUSTON, Circuit Judge, contrà, and the other judges doubting) per-

1 [Reported by Hon. William Cranch, Chief Judge.]

1 [Reported by Hon. William Cranch, Chief Judge.]

mitted him to be sworn and examined, to prove payment by the defendant; and said they would hear a motion for a new trial if the verdict should be for the defendant.

Verdict for the plaintiff, $50, with interest from the 25th of March, 1835.

Judgment for the plaintiff.